IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| CARLOS A. LOPEZ (01)<br>BARRETT R. HOWELL (02) | 4-25CR-244-Y |

## INFORMATION

The United States Attorney charges:

At all times material to this Information:

### Background

1. In September 2021, a grand jury for the United States District Court for the Northern District of Texas indicted two individuals for health care fraud. A superseding indictment charged a third individual.

2. The defendant, **Carlos A. Lopez ("Lopez")**, a Department of Justice Trial Attorney, was the lead prosecutor in this federal prosecution.

3. The defendant, **Barrett R. Howell ("Howell")**, an attorney licensed to practice in the state of Texas, was representing a client under investigation. **Howell's** client, however, was not indicted in this case.

4. During the course of **Howell's** representation of his client, two defendants accused **Howell** of violating a joint defense agreement by providing privileged joint defense information to **Lopez**. These two defendants filed a motion to compel discovery from **Howell** and **Lopez** and requested an evidentiary hearing.

Information - Page 1

5. The district court granted the discovery request for production of all communications, including text communications, between **Howell** and **Lopez**.

## Count One
## Unauthorized Disposal of Government Records
(Violation of 18 U.S.C. § 641)

6. Paragraphs 1-5 are realleged and incorporated by reference.

7. On or about April 11, 2023, in the Northern District of Texas and elsewhere, the defendant, **Carlos A. Lopez**, did knowingly and intentionally dispose of records belonging to the United States by deleting certain text communications between himself and **Howell**, without authorization, from his government-issued cellular phone, the value of such records not exceeding $1,000.00, in violation of 18 U.S.C. § 641.

## Count Two
### Aiding and Abetting Unauthorized Disposal of Government Records
(Violation of 18 U.S.C. § 641 (18 U.S.C. § 2))

8. Paragraphs 1-5 are realleged and incorporated by reference.

9. On or about April 20, 2023, in the Northern District of Texas and elsewhere, the defendant, **Barrett R. Howell**, did knowingly and willfully aid and abet **Lopez's** unauthorized disposal of records belonging to the United States, to wit, by deleting and attempting to delete his own text messages with **Lopez** from his cellular phone to conceal **Lopez's** deletion of his text messages with **Howell** from **Lopez's** government-issued cellular phone, the value of such records not exceeding $1,000.00, in violation of 18 U.S.C. §§ 641 and 2.

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

MATTHEW R. PAYNE
Assistant United States Attorney
Acting under Authority Conferred
by 28 U.S.C. § 515

MEGAN ROBERTS
Assistant United States Attorney
Acting under Authority Conferred
by 28 U.S.C. § 515